# UNITED STATES DISTRICT COURT

### DISTRICT OF WYOMING

*FILED*
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 APR 10  AM 11 07

STEPHAN HARRIS, CLERK
CASPER

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **CRIMINAL COMPLAINT** |
| v. | |
| NICOLE RAE PRESFIELD, | Criminal No. 13 mj 053-S |
| Defendant. | |

I, Bill Arnold, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about March 12, 2013, in the District of Wyoming, the Defendant, **NICOLE RAE PRESFIELD,** did knowingly, intentionally, and unlawfully possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

I further state that I am a Special Agent of the Wyoming Division of Criminal Investigation, Central Enforcement Team, and that this Complaint is based on the following facts:

*See Attached Affidavit of Bill Arnold*

_____
Special Agent Bill Arnold

Sworn to before me and subscribed in my presence, this 10th day of April, 2013, at Casper, Wyoming.

R. MICHAEL SHICKICH
<u>United States Magistrate Judge</u>
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

*United States v. Nicole Rae Presfield*

I, the undersigned, being duly sworn, depose and state as follows:

Your Affiant, Bill Arnold, has been a task force officer for the Division of Criminal Investigation since January, 2012. Prior to that, your affiant was employed as a deputy sheriff for the Natrona County Sheriff's Office. Your Affiant was hired by the Natrona County Sheriff's Office on December 1, 2002. Your Affiant completed the Wyoming Law Enforcement Academy's seven week Detention Officer Basic in 2003 and the Wyoming Law Enforcement Academy's thirteen week Peace Officer Basic in 2005. Your Affiant was considered a professional peace officer in the State of Wyoming.

Your Affiant received training as a Drug Recognition Expert in 2009. Your Affiant received training at the Drug Enforcement Agency Basic course and the Wyoming Division of Criminal Investigation Basic Training in 2012. Your Affiant has been trained in the recognition of controlled substances and paraphernalia used for ingesting, sales, transportation, and storage of controlled substances. Your Affiant has completed courses specifically focused on the possession, ingesting, transportation, sales, and storage of controlled substances. Your Affiant has participated and investigated cases resulting in convictions in state and federal court. This affidavit is made in support of a criminal complaint and arrest warrant pertaining to **NICOLE RAE PRESFIELD**. This affidavit is being submitted for the limited purpose of establishing

1

probable cause in support of the attached criminal complaint and therefore contains only a summary of the relevant facts. I have not included each and every fact known by me concerning this investigation.

On March 12, 2013, at approximately 7:30 a.m., SA Arnold was contacted by Casper Police Department K9 Officer Shannon Daley. Officer Daley advised SA Arnold, she was called out for a K9 assist at 917 North Washington Street. Officers Cogdill and Cole had been at a noise compliant for a motor home in front of the address. Officer Cogdill arrested a female, **NICOLE RAE PRESFIELD**, for interference with a police officer for using the name Sherry Mills, and after starting an inventory for the motor home, the officers located suspected marijuana. **PRESFIELD** was also charged with possession of marijuana. Officers located approximately $13,500 in the motor home, several license plates, several cell phones other person's personal identifying information. SA Arnold went to 917 North Washington Street and discussed the situation with the officers.

The motor home was a 2003 Damon Escaper motor home with Wyoming registration 11-P-27179, VIN 4UZAAHAK83CL77030, and was registered to Nicole McDonald of Cody, Wyoming. In the local Computer Aided Dispatch system, McDonald was found to be an alias for **PRESFIELD**.

The motor home was driven to and secured at the City of Casper Garage, while Officer Daley wrote a search warrant for the motor home. Officer Daley applied for and was granted a

search warrant for the motor home. Officers Cogdill, Cole and Nelson executed the search warrant on March 12, 2013, at approximately 7:30 p.m.

On March 12, 2013, at approximately 9:30 p.m, SA Arnold was contacted by Officer Cogdill. Officer Cogdill advised of locating approximately 16 ounces of suspected methamphetamine inside the motor home. SA Arnold went to the location of the motor home and assisted the Casper Police Officers with the search warrant.

During the execution of the search warrant on March 12, 2013, the following was seized by SA Arnold: approximately 500 grams of suspected methamphetamine, two scales with methamphetamine residue, more than 75 jeweler bags for packaging, and suspected psilocybin mushrooms in chocolate.

The external search of the motor home was suspended until the morning hours of March 13, 2013, and the motor home was resealed and secured within the locked yard at the City of Casper Garage. On March 13, 2013, at approximately 9:30 a.m., SA Arnold, SA Trimble and Casper Police Detectives returned to the motor home and found the motor home had been broken into. After the crime scene was photographed and finger printed, SA Arnold entered the motor home and found that it appeared as if whoever entered the motor home went to the location of where the methamphetamine was found in the bedroom. Burglary tools were found under the motor home where the suspects entered.

The search of the motor home continued and more suspected chocolate covered psilocybin mushrooms and suspected psilocybin mushrooms in a Zip Loc bag were located.

Throughout the motor home was paper work identifying the possible occupants as Raymond Lee Norcutt, Sr., Sherry Mills, Michael Robb and **NICOLE RAE PRESFIELD**, also known as Nicole Mcauliff, Nicole McDonald and Nicole Norcutt. The Damon motor home was found to be registered and titled to Nicole McDonald of Cody, Wyoming.

The large amount of methamphetamine was field tested by Casper Police Officer Cogdill at approximately 9:25 p.m. on March 12, 2013, and was presumptive positive for methamphetamine. On March 13, 2013, at approximately 12:00 a.m., SA Arnold weighed the methamphetamine. In two sandwich size Zip Loc bags were eight individually packaged bags of methamphetamine. Each sandwich size Zip Loc bag weighed approximately 230 grams and each separate bag within the sandwich bags weighed approximately 56 grams with packaging each. Five smaller jeweler bags with suspected methamphetamine were located in a brown Crown Royal bag. SA Arnold field tested and weighed the five jeweler bags of suspected methamphetamine. The five jeweler bags of suspected methamphetamine tested presumptive positive for methamphetamine and weighed approximately 12.6 grams with packaging, 14.1 grams with packaging, 9.0 grams with packaging (two bags weighed together with fine ground powder form), and a 4.4 gram rock of suspected methamphetamine.

On March 12, 2013, **PRESFIELD** bonded out of detention for the charges of interference with a police officer and possession of a controlled substance, marijuana.

FURTHER YOUR AFFIANT SAYETH NOT.

**DATED** this 10th day of April, 2013.

Bill Arnold, Special Agent
Wyoming Division of Criminal Investigation

Sworn and subscribed to before me
this 10th day of April, 2013

R. Michael Shickich
United States Magistrate Judge

## PENALTY SUMMARY

**DATE:**           April 10, 2013

**DEFENDANT NAME:**     NICOLE RAE PRESFIELD

THE GOVERNMENT, PURSUANT TO RULE 18, F.R.Cr.P., WITH DUE REGARD FOR THE CONVENIENCE OF THE DEFENDANT, ANY VICTIM AND WITNESSES, AND THE PROMPT ADMINISTRATION OF JUSTICE, REQUESTS TRIAL BE HELD IN:

\_\_\_\_\_ Cheyenne       \_\_\_\_\_ Casper       \_\_\_\_\_ Lander       ✔ No Preference

**VICTIM:**      \_\_\_\_\_ Yes   ✔ No

**SEAL CASE:**   ✔ Yes   \_\_\_\_\_ No

**OFFENSE AND PENALTIES:**

**OFFENSE:**   21 U.S.C. §§ 841(a)(1) and (b)(1)(A)
Possession with Intent to Distribute Methamphetamine

**PENALTIES:**   10 Years to Life Imprisonment
$10,000,000 Fine
5 Years Supervised Release
$100 Special Assessment
Class "A" Felony

**AGENT:** Bill Arnold/DCI      **AUSA:** Stephanie I. Sprecher

**ESTIMATED TIME OF TRIAL:**        **INTERPRETER NEEDED:**

✔ five days or less         \_\_\_\_\_ Yes
\_\_\_\_\_ over five days        ✔ No
\_\_\_\_\_ other

**THE GOVERNMENT:**               \_\_\_\_\_ The court should not grant bond
✔ will                              because the defendant is not bondable
                                    because there are detainers from other
\_\_\_\_\_ will not                  jurisdictions

**SEEK DETENTION IN THIS CASE.**