FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 JUL 24 PM 4 33

STEPHAN HARRIS, CLERK
CASPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 13-CR-104-S |
| | ) | |
| Plaintiff, | ) | Ct. 1: 21 U.S.C. §§ 846 and 841(a)(1) and |
| | ) | (b)(1)(A) |
| v. | ) | (Conspiracy to Possess with Intent to |
| | ) | Distribute, and to Distribute, |
| NICOLE RAE PRESFIELD and | ) | Methamphetamine) |
| RAYMOND LEE NORCUTT, | ) | |
| | ) | Ct. 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) |
| Defendants. | ) | (Possession with Intent to Distribute |
| | ) | Methamphetamine) |

### SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

#### COUNT ONE

From on or about August 2012, through and including on or about July 17, 2013, in the District of Wyoming and elsewhere, the Defendants, **NICOLE RAE PRESFIELD** and **RAYMOND LEE NORCUTT,** together with other persons both known and unknown to the grand jury, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree to possess with intent to distribute and to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A).

## COUNT TWO

On or about March 12, 2013, in the District of Wyoming, the Defendants, **NICOLE RAE PRESFIELD** and **RAYMOND LEE NORCUTT,** did knowingly, intentionally, and unlawfully possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

A TRUE BILL:

*[signature]*
FOREPERSON

*[signature]*
CHRISTOPHER A. CROFTS
United States Attorney

PENALTY SUMMARY

**Criminal No. 13-CR-104-S**

**DATE:** July 23, 2013

**DEFENDANT NAME:** Nicole Rae Presfield

THE GOVERNMENT, PURSUANT TO RULE 18, F.R.Cr.P., WITH DUE REGARD FOR THE CONVENIENCE OF THE DEFENDANT, ANY VICTIM AND WITNESSES, AND THE PROMPT ADMINISTRATION OF JUSTICE, REQUESTS TRIAL BE HELD IN:

_____ Cheyenne    _✔_ Casper    _____ Lander    _____ No Preference

**VICTIM:**    _____ Yes    _✔_ No

**SEAL CASE:**    _____ Yes    _✔_ No

**OFFENSE AND PENALTIES:**

**OFFENSE: Count 1:**  21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)
Conspiracy to Possess with Intent to Distribute, and to Distribute, Methamphetamine

**PENALTIES:**  10 Years to Life Imprisonment
$10,000,000 Fine
5 Years Supervised Release
$100 Special Assessment
Class "A" Felony

**OFFENSE: Count 2:**  21 U.S.C. §§ 841(a)(1) and (b)(1)(A)
Possession with Intent to Distribute Methamphetamine

**PENALTIES:**  10 Years to Life Imprisonment
$10,000,000 Fine
5 Years Supervised Release
$100 Special Assessment
Class "A" Felony

**TOTALS:**  20 Years to Life Imprisonment
$20,000,000 Fine
5 Years Supervised Release
$200 Special Assessment

**AGENT:** Bill Arnold/DCI    **AUSA:** Stephanie I. Sprecher

**Penalty Summary**
July 23, 2013
Page 2

**Criminal No. 13-CR-104-S**
**Nicole Rae Presfield**

**ESTIMATED TIME OF TRIAL:**

✔ five days or less
___ over five days
___ other

**INTERPRETER NEEDED:**

___ Yes
✔ No

**THE GOVERNMENT:**

✔ will

___ will not

**SEEK DETENTION IN THIS CASE.**

___ The court should not grant bond because the defendant is not bondable because there are detainers from other jurisdictions

PENALTY SUMMARY

**Criminal No. 13-CR-104-S**

**DATE:** July 23, 2013

**DEFENDANT NAME:** Raymond Lee Norcutt

THE GOVERNMENT, PURSUANT TO RULE 18, F.R.Cr.P., WITH DUE REGARD FOR THE CONVENIENCE OF THE DEFENDANT, ANY VICTIM AND WITNESSES, AND THE PROMPT ADMINISTRATION OF JUSTICE, REQUESTS TRIAL BE HELD IN:

____ Cheyenne    ✔ Casper    ____ Lander    ____ No Preference

**VICTIM:**     ____ Yes    ✔ No

**SEAL CASE:**     ____ Yes    ✔ No

**OFFENSE AND PENALTIES:**

**OFFENSE:  Count 1:**   21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)
Conspiracy to Possess with Intent to Distribute, and to Distribute, Methamphetamine

**PENALTIES:**   10 Years to Life Imprisonment
$10,000,000 Fine
5 Years Supervised Release
$100 Special Assessment
Class "A" Felony

**OFFENSE:  Count 2:**   21 U.S.C. §§ 841(a)(1) and (b)(1)(A)
Possession with Intent to Distribute Methamphetamine

**PENALTIES:**   10 Years to Life Imprisonment
$10,000,000 Fine
5 Years Supervised Release
$100 Special Assessment
Class "A" Felony

**TOTALS:**   20 Years to Life Imprisonment
$20,000,000 Fine
5 Years Supervised Release
$200 Special Assessment

**AGENT:** Bill Arnold/DCI    **AUSA:** Stephanie I. Sprecher

**Penalty Summary**
July 23, 2013
Page 2

**Criminal No. 13-CR-104-S**
**Raymond Lee Norcutt**

**ESTIMATED TIME OF TRIAL:**

- ✔ five days or less
- ___ over five days
- ___ other

**INTERPRETER NEEDED:**

- ___ Yes
- ✔ No

**THE GOVERNMENT:**

- ✔ will
- ___ will not

**SEEK DETENTION IN THIS CASE.**

___ The court should not grant bond because the defendant is not bondable because there are detainers from other jurisdictions

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 JUL 24 PM 4 33

STEPHAN HARRIS, CLERK
CASPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 13-CR-104-S |
| | ) | |
| Plaintiff, | ) | Ct. 1: 21 U.S.C. §§ 846 and 841(a)(1) and |
| | ) | (b)(1)(A) |
| v. | ) | (Conspiracy to Possess with Intent to |
| | ) | Distribute, and to Distribute, |
| NICOLE RAE PRESFIELD and | ) | Methamphetamine) |
| RAYMOND LEE NORCUTT, | ) | |
| | ) | Ct. 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) |
| Defendants. | ) | (Possession with Intent to Distribute |
| | ) | Methamphetamine) |

## S U P E R S E D I N G   I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about August 2012, through and including on or about July 17, 2013, in the District of Wyoming and elsewhere, the Defendants, **NICOLE RAE PRESFIELD** and **RAYMOND LEE NORCUTT,** together with other persons both known and unknown to the grand jury, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree to possess with intent to distribute and to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A).

## COUNT TWO

On or about March 12, 2013, in the District of Wyoming, the Defendants, **NICOLE RAE PRESFIELD** and **RAYMOND LEE NORCUTT,** did knowingly, intentionally, and unlawfully possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

A TRUE BILL:

_[signature]_
FOREPERSON

_[signature]_
CHRISTOPHER A. CROFTS
United States Attorney

PENALTY SUMMARY

Criminal No. 13-CR-104-S

**DATE:** July 23, 2013

**DEFENDANT NAME:** Nicole Rae Presfield

THE GOVERNMENT, PURSUANT TO RULE 18, F.R.Cr.P., WITH DUE REGARD FOR THE CONVENIENCE OF THE DEFENDANT, ANY VICTIM AND WITNESSES, AND THE PROMPT ADMINISTRATION OF JUSTICE, REQUESTS TRIAL BE HELD IN:

_____ Cheyenne    _✔_ Casper    _____ Lander    _____ No Preference

**VICTIM:**    _____ Yes    _✔_ No

**SEAL CASE:**    _____ Yes    _✔_ No

**OFFENSE AND PENALTIES:**

**OFFENSE:    Count 1:**    21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)
Conspiracy to Possess with Intent to Distribute, and to Distribute, Methamphetamine

**PENALTIES:**    10 Years to Life Imprisonment
$10,000,000 Fine
5 Years Supervised Release
$100 Special Assessment
Class "A" Felony

**OFFENSE:    Count 2:**    21 U.S.C. §§ 841(a)(1) and (b)(1)(A)
Possession with Intent to Distribute Methamphetamine

**PENALTIES:**    10 Years to Life Imprisonment
$10,000,000 Fine
5 Years Supervised Release
$100 Special Assessment
Class "A" Felony

**TOTALS:**    20 Years to Life Imprisonment
$20,000,000 Fine
5 Years Supervised Release
$200 Special Assessment

**AGENT:** Bill Arnold/DCI    **AUSA:** Stephanie I. Sprecher

**Penalty Summary**
July 23, 2013
Page 2

**Criminal No. 13-CR-104-S**
**Nicole Rae Presfield**

**ESTIMATED TIME OF TRIAL:**          **INTERPRETER NEEDED:**

_✔_  five days or less               ____ Yes
____ over five days                  _✔_ No
____ other


**THE GOVERNMENT:**                   ____ The court should not grant bond
_✔_ will                                    because the defendant is not bondable
                                            because there are detainers from other
____ will not                                jurisdictions

**SEEK DETENTION IN THIS CASE.**

PENALTY SUMMARY

**Criminal No. 13-CR-104-S**

**DATE:** July 23, 2013

**DEFENDANT NAME:** Raymond Lee Norcutt

THE GOVERNMENT, PURSUANT TO RULE 18, F.R.Cr.P., WITH DUE REGARD FOR THE CONVENIENCE OF THE DEFENDANT, ANY VICTIM AND WITNESSES, AND THE PROMPT ADMINISTRATION OF JUSTICE, REQUESTS TRIAL BE HELD IN:

\_\_\_\_ Cheyenne     ✔ Casper     \_\_\_\_ Lander     \_\_\_\_ No Preference

**VICTIM:**      \_\_\_\_ Yes   ✔ No

**SEAL CASE:**   \_\_\_\_ Yes   ✔ No

**OFFENSE AND PENALTIES:**

**OFFENSE:  Count 1:**   21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)
Conspiracy to Possess with Intent to Distribute, and to Distribute, Methamphetamine

**PENALTIES:**   10 Years to Life Imprisonment
$10,000,000 Fine
5 Years Supervised Release
$100 Special Assessment
Class "A" Felony

**OFFENSE:  Count 2:**   21 U.S.C. §§ 841(a)(1) and (b)(1)(A)
Possession with Intent to Distribute Methamphetamine

**PENALTIES:**   10 Years to Life Imprisonment
$10,000,000 Fine
5 Years Supervised Release
$100 Special Assessment
Class "A" Felony

**TOTALS:**   20 Years to Life Imprisonment
$20,000,000 Fine
5 Years Supervised Release
$200 Special Assessment

**AGENT:** Bill Arnold/DCI      **AUSA:** Stephanie I. Sprecher

**Penalty Summary**
July 23, 2013
Page 2

**Criminal No. 13-CR-104-S**
**Raymond Lee Norcutt**

**ESTIMATED TIME OF TRIAL:**   **INTERPRETER NEEDED:**

__✔__ five days or less         ____ Yes
____ over five days             __✔__ No
____ other

**THE GOVERNMENT:**              ____ The court should not grant bond
__✔__ will                            because the defendant is not bondable
                                      because there are detainers from other
____ will not                         jurisdictions

**SEEK DETENTION IN THIS CASE.**