# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

| UNITED STATES OF AMERICA, | Case No. __13CR104S__ |
|---|---|
| | ☐ Complaint    ☐ Indictment |
| | ☐ Information   ☐ Petition to Revoke |
| vs. | |
| NICHOLE RAE PRESFIELD | Offenses: 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A) |

| Before R. Michael Shickich United States Magistrate Judge | Date:  8/7/13 | Time: |
|---|---|---|
| | Deany Fondren | |
| | Deputy Clerk | Probation Officer |

| Stephanie Sprecher | Jamie Hendrich | N/A |
|---|---|---|
| Assistant United States Attorney | Tape No. | Interpreter |

■ Appeared     ☐ Voluntarily     ■ In-Custody

■ Defendant advised of charges and possible penalties

■ Defendant filed financial affidavit and is informed of consequences if any false information is given.

☐ Attorney appearing: _____
  ☐ FPD     ☐ PANEL-CJA     ☐ RETAINED

☐ Attorney waived.

1. ■ Initial appearance; Date __8/7/13__

 ☐ Bail is set at $_____.

  ☐ Unsecured     ☐ Cash/Surety     ☐ P/R-No Amount

**MAGISTRATE CRIMINAL PROCEEDING SHEET**
(Disposition by District Court)

☐ Conditions of Release:

    ☐ Third party custody to _____
    ☐ Maintain/actively seek employment
    ☐ Travel restricted to _____
    ☐ No excess alcohol / no alcohol
    ☐ Alcohol/Drug testing
    ☐ Shall not possess firearms, ammunition, explosive devices, dangerous weapons
    ☐ No contact with _____
    ☐ Shall not illegally use or possess drugs or be in the presence of anyone illegally using or possessing drugs
    ☐ Report to pretrial services as directed
    ☐ Obtain no passport
    ☐ Surrender passport
    ☐ Other _____

☐ Detention hearing set for _____.

☐ Bail review/detention hearing.   Date: _____.

■ Defendant detained, reasons: <u>Pending detention hearing. Order to be filed.</u>

☒ Defendant committed to custody of U.S. Marshal.

☐ Preliminary hearing set for _____    ☐ Preliminary hearing waived.

☐ Removal Hearing Waived.    ☐ Removal Hearing held. Date: _____.

☐ Court orders defendant held to answer to U.S. District Court, District of _____.
    ☐ Bond to transfer. Defendant to report on or before _____.
    ☐ Warrant of removal and final commitment to issue.

☐ Case continued to _____ for _____.

☐ Other _____.

2. ☐ Preliminary hearing.   Date _____.
    Witnesses: _____

☐ Outcome:
    ☐ Bound over to U.S. District Court.    ☐ Dismissed.

**MAGISTRATE CRIMINAL PROCEEDING SHEET**
(Disposition by District Court)