

**FILED**
**3:25 pm, 8/12/13**
**U.S. Magistrate Judge**

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

UNITED STATES OF AMERICA

VS

Nicole Rae Presfield
**DEFENDANT**

Case No. 13CR104S   Date 8/12/13
Time 3:06 - 3:10 p.m.; 3:17 - 3:21 p.m.
☑ Indictment  ☐ Information
☐ Complaint   ☐ Other
☐ IA  ☐ ARR  ☐ Det
☐ Prelim        ☐ Rule 5

Offense 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A); 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)

**Before the Honorable,** R. Michael Shickich

| Deany Fondren | Jamie Hendrich | Mary Norwood | Stephanie Sprecher | Dylan Schauer |
|---|---|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** | **Asst. U.S. Attorney** | **Marshal** |

**INTERPRETER** n/a

**Appeared:**  ☐ Voluntarily  ☑ In-Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given
☑ Attorney appearing  Peter Timbers for Jim Barrett
   ☐ FPD   ☑ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

**Initial Appearance:**  Date _____ (Comments) _____

**Arraignment:**  Held 8/12/13   Set For _____   Waived _____
☑ Defendant waives reading of indictment
☐ Defendant waives indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government

**Defendant Enters a Plea of:**
☑ Not guilty to count(s) 1 and 2 of an Indictment
☐ Guilty to count(s) _____ of an _____

**Not Guilty Plea**
☑ Court orders discovery per rule 16 FRCrP
☐ Court orders access to Grand Jury Transcripts
☑ Motions to be filed in 20 days or On / Before _____
☑ Trial date set for 10/7/13 at 9:00 a.m.
   In Casper, Wyoming
☑ Speedy trial expires on 10/16/2013

**Guilty Plea**
☐ Court is satisfied there is factual basis for a plea of guilty
☐ Defendant referred to probation for presentence investigation
☐ Defendant advised on consequence of a plea of guilty
☐ Plea agreement filed
☐ Sentencing set for _____ at _____ In _____
☐ Plea conditionally accepted

**Other:**

MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

Bail Review / Detention Hearing:     **Held** 8/12/2013     **Set For**_____    **Waived**_____
Bond Is:   ☑ Defendant is detained and committed to the custody of the U. S. Marshal
☐ Set at $_____   ☐ Cash   ☐ Surety   ☐ Unsecured
☐ Continued on the same terms and conditions

**Terms and Conditions:**

☐ Obey all laws, Federal, State and Local
☐ Seek/Maintain employment
☐ 3rd party custody of _____
☐ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing
☐ Do not obtain passport
☐ Surrender passport to _____

☐ Maintain current residence
☐ Report to Pretrial Services as directed
☐ Travel restricted to _____
☐ Abide by the following curfew
☐ Not use or possess controlled substances/drugs
☐ Avoid all contact with_____
_____
☐ Post property or sum of money
☐ Undergo medical/psychiatric treatment/exam

**Other:**
_____
_____
_____
_____
_____
_____
_____
_____

**Preliminary Hearing:**     **Held**_____    **Set For**_____    **Waived**_____
Witnesses     _____
_____

Outcome:     ☐ Bound over to District Court     ☐ Dismissed

**Removal Hearing:**     **Held**_____    **Set For**_____    **Waived**_____

**Identity Hearing:**     **Held**_____    **Set For**_____    **Waived**_____

Court orders defendant held to answer to U.S. District Court, District of _____
☐ Bond to transfer          Defendant to report on or before _____
☐ Warrant of removal and final commitment to issue

**Other:**
_____
_____

MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court